IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00762-PAB-MEH

FRANKIE MAE PERRY,

      Plaintiff,

v.

THE BOARD OF EDUCATION OF HARRISON SCHOOL DISTRICT NO. 2,
F. MIKE MILES, in his individual capacity, and
TED KNIGHT, in his individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2009.**

      Plaintiff's Unopposed Motion for Leave to Amend Complaint [filed August 17, 2009; docket #22] is **granted**. The Second Amended Complaint and Jury Demand, found at docket #24, is accepted as filed. Defendants shall file a response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

      In light of this order, the Stipulated Motion for Extension of Time to File Answer [filed August 17, 2009; docket #25] is **denied as moot**.